IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00139-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROCKY MOUNTAIN INSTRUMENT COMPANY,

    Defendant.

## INFORMATION

The United States Attorney charges that:

### COUNT 1

Between on or about April 1, 2005, and on or about October 11, 2007, in the District of Colorado and elsewhere, the defendant, ROCKY MOUNTAIN INSTRUMENT COMPANY, knowingly and willfully exported and caused to be exported from the United States to Turkey, South Korea, the People's Republic of China, and Russia, defense articles, that is, prisms and technical data related to various optics used in military applications, which were designated as defense articles on the United States Munitions List, without having first obtained from the United States Department of State a license or written authorization for such exports.

The foregoing count was in violation of Title 22, United States Code, Sections 2278(b)(2) and (c), Title 18, United States Code, Section 2, and Title 22, Code of Federal Regulations, Sections 127.1(a) and 127.3

## Notice of Criminal Forfeiture

Upon conviction of the offense alleged in Count 1 of this Information, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 1956(c)(7)(B)(v)(I), and Title 28, United States Code, Section 2461, any property constituting or derived from proceeds obtained directly or indirectly as a result of the said violation, including but not limited to the following:

### MONETARY JUDGMENT

A sum of money equal to $1,000,000.00 in United States currency, representing the amount of proceeds obtained as a result of the offense as charged in Count 1.

### SUBSTITUTE ASSETS

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been substantially diminished in value; or

d. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Sections 981 and 1956, and Title 28, United States Code, Section 2461, incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

DAVID M. GAOUETTE
United States Attorney

*Matthew T. Kirsch*
Matthew T. Kirsch
Assistant U.S. Attorney