UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00139-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROCKY MOUNTAIN INSTRUMENT COMPANY,

    Defendant.

---

## ORDER

---

THIS MATTER comes before the Court on the Unopposed Motion for Immediate Sentencing Pursuant to Fed. R. Civ. P. 32 (C)(1)(A)(II) (docket #11). After carefully the file in the above-captioned case, I find that the motion should be granted. Accordingly, it is

ORDERED that the Unopposed Motion for Immediate Sentencing Pursuant to Fed. R. Civ. P. 32 (C)(1)(A)(II) (docket #11) is **GRANTED.** In accordance therewith, the Court

FINDS that the plea contemplates a plea to a violation of 22 U.S.C. §2278(b)(2) charged in the one-count information and the entry of a forfeiture judgment;

FURTHER FINDS Rule 32 of the Federal Rules of Criminal Procedure allows this Court to impose a sentence without a pre-sentence investigation report where the "information in the record enable it to meaningfully exercise its sentencing authority under 18 U.S.C. §3553;"

FURTHER FINDS the sentencing guidelines do not provide guidance in determining a fine range for corporate violations of 22 U.S.C. §2278(b)(2) and therefore, the usual sentencing guideline computation will not be applicable in this case;

FURTHER FINDS that the United States will provide the Court with a plea agreement and a detailed statement of facts and Rocky Mountain Instrument Company intends to file a detailed sentencing statement. Accordingly, it is hereby

ORDERED that the United States will provide the referenced plea agreement and statement of facts and Rocky Mountain Instrument Company will file its sentencing statement no later than 72 hours before the hearing date set for June 22, 2010. It is further

ORDERED this Court will, along with the change of plea, enter sentence in this case at the June 22, 2010 hearing.

Dated: April 14, 2010

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
Chief United States District Judge