**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 10-cr-00139-WYD

UNITED STATES OF AMERICA

    Plaintiff,

v.

1. ROCKY MOUNTAIN INSTRUMENT COMPANY,

    Defendant.

## ORDER OF FORFEITURE

The matter is before the Court on the **Government's Motion Pursuant to Fed. R. Crim. P. 32.2(b) for an Order of Forfeiture** [Doc. # 16], filed June 21, 2010.

The Court finds, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, that the amount of $1,000,000.00 constitutes the gross proceeds of the Arms Export Control Act offense set forth in Count 1 of the Information to which defendant Rocky Mountain Instrument Company has pled guilty. It is therefore

ORDERED that pursuant to Rule 32.2(b)(1), that defendant Rocky Mountain Instrument Company shall forfeit to the United States the amount of $1,000,000.00 pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 1956(c)(7)(B)(v)(I), and Title 28, United States Code, Section 2461; and it is further

ORDERED that the Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and it is further

ORDERED that the Clerk of this Court shall deliver a copy of this Order to the United States Marshal and to counsel for the parties.

Dated this 22nd day of June, 2010.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE